# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 09-0048-AG (RNBx) | Date | February 4, 2009 |
|---|---|---|---|
| Title | DARIN LYONS et al. v. TIME WARNER CABLE, INC. et al. | | |

Present: The Honorable  ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED**

The Court ORDERS defendants Time Warner Cable, Inc. et al. ("Defendants") to show cause in writing by February 17, 2009 why this case should not be remanded for failure to timely remove.  If Defendants file papers, plaintiffs Darin Lyons et al. ("Plaintiffs") may submit a response no later than February 23, 2009.

Because federal courts are courts of limited jurisdiction, *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994), this Court carefully reviews attempts to remove. Under 28 U.S.C. § 1446(b), "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."

Plaintiffs filed the state court complaint on November 14, 2008.  (Defendant's Notice of Removal ("Notice") Ex. A.)  Defendants removed this case on January 12, 2009.  (Notice p. 1.)  Defendants say Plaintiffs served the state court summons and complaint on December 11, 2008.  (Notice ¶ 4.)  But Defendants haven't submitted anything to support this statement, and the state court summons with defendant Time Warner Cable's name on it is dated November 14, 2008.  (Notice Ex. C.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 09-0048-AG (RNBx) | Date | February 4, 2009 |
|---|---|---|---|
| Title | DARIN LYONS et al. v. TIME WARNER CABLE, INC. et al. | | |

Any doubts as to the right of removal must be resolved in favor of remanding the action to state court. *See Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992) (per curiam). Without more information, the Court must resolve this doubt in favor of remand.

:   0

Initials of Preparer    lmb